See 247 F.2d 769.

**Peter DI PALERMO, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

**No. 392, Docket 24622.**

United States Court of Appeals Second Circuit.

Argued June 13, 1957.

Decided July 5, 1957.

See also United States ex rel. Dong Wing Ott v. Shaughnessy, 2 Cir., 220 F.2d 537, affirming D.C.S.D.N.Y., 116 F.Supp. 745, certiorari denied 350 U.S. 847, 76 S.Ct. 60, 100 L.Ed. 754.

George J. Todaro, New York City, for petitioner-appellant.

Alan W. Richenaker, Asst. U. S. Atty., S.D.N.Y., New York City (Paul W. Williams, U. S. Atty., New York City, on the brief), for respondent-appellee.

Before CLARK, Chief Judge, and CHASE and HINCKS, Circuit Judges.

PER CURIAM.

Judgment affirmed. Aaron v. United States, 4 Cir., 188 F.2d 446, certiorari denied 341 U.S. 954, 71 S.Ct. 1006, 95 L.Ed. 1376; Barnes v. United States, 8 Cir., 197 F.2d 271.